**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES CHRISTOPHER BALL,

        Petitioner,

    v.

JOHN F. BENNETT, et al.,

        Respondents.

Case No. 2:20-cv-08745-ODW (JCx)

**JUDGMENT**

///
///
///
///
///
///
///
///
///
///
///

# JUDGMENT

In light of the Court's Order **GRANTING** Respondents' Motion to Dismiss, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Respondents shall have **JUDGMENT** in their favor;
2. Petitioner shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 28, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**